UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Patricia Ann Kiser, | ) | Case No. 1:14cv1924 |
| | ) | |
| Plaintiff, | ) | Judge John R. Adams |
| | ) | |
| v. | ) | Magistrate Judge Kenneth S. McHargh |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff has filed an application to commence suit without the prepayment of costs, fees or security in the above-captioned case. That application is granted.

IT IS SO ORDERED.

/s Kenneth S. McHargh     September 10, 2014
KENNETH S. MCHARGH
UNITED STATES MAGISTRATE JUDGE