It is so Ordered.

/s/ John R. Adams
U.S. District Court Judge - NDOH
1/14/15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN KISER<br>2381 Haviland COurt<br>Mansfield, Ohio 44903<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>   Defendant. | CASE NO. 1:14-cv-1924<br><br>Judge John R. Adams<br><br>Magistrate Judge Kenneth McHargh<br><br>STIPULATION OF DISMISSAL |

The attorneys for plaintiff Patricia Kiser and defendant Commissioner of Social Security hereby stipulate to the dismissal of the above-entitled action.


/s/John Anthony Bull     /s/Lisa Hammond Johnson (per email authorization 1/13/2015)


John Anthony Bull (0008742)     Lisa Hammond Johnson (0061681)
9050 Big Run Road     Assistant U.S. Attorney
Gambier, Ohio 43022     801 West Superior Street, Suite 400
                Cleveland, Ohio 44113-1852

Attorney for plaintiff Patricia Kiser

                Attorney for defendant Commissioner